UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEAN MELLODY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 8:14-cv-2932-T-30AEP

CAPSTONE FUNDING GROUP, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #15).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of October, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record